**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

VALERIYA VALERIEVNA KORENKOVA,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-01476

Judge Manish S. Shah

Magistrate Judge Heather K. McShain

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 19 | ZERO ZONE |
| 23 | QIANYUFANGZHI |
| 28 | Haoge blanket |
| 30 | wang li Art poster |
| 32 | WUWUKDWU |
| 37 | CHUYAO FZ |
| 46 | ONE QIAN |
| 54 | Fionove style |
| 55 | YKJPT |
| 57 | QUN XIANG SHOP |
| 58 | Xiezhaowei |
| 60 | ZYFANG |
| 63 | CUSTOM COMFORTS |
| 64 | This evening |
| 69 | Shirley wall decoration |
| 71 | HARBOR CHIC |

DATED:  March 14, 2025  Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 14, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                            */s/ Keith A. Vogt*
                                            Keith A. Vogt