IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

VALERIYA VALERIEVNA KORENKOVA,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-01476

Judge Manish S. Shah

Magistrate Judge Heather K. McShain

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 31 | rong textiles |
| 34 | Qster |
| 36 | xiaotuA |
| 38 | Gbathshop |
| 40 | wenmengABCd |
| 44 | Blanket Little Prince |
| 62 | GLAM DISTRICT ONE |
| 72 | Cool friends |
| 73 | RichEx |
| 74 | Pasitin |
| 75 | Michael ck |

DATED:  March 29, 2025                                      Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 29, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                 */s/ Keith A. Vogt*
                                                 Keith A. Vogt